STATE EX REL. BURGER *v.* J. LEROY WRIGHT,
WARDEN

[No. 2, October Term, 1947.]

*Decided November 3, 1947.*

The cause was argued before MARBURY, C. J., and DELAPLAINE, COLLINS, HENDERSON, and MARKELL, JJ.

*James Burger,* in *pro per.*

*Hall Hammond, Attorney General,* and *J. Edgar Harvey, Assistant Attorney General,* for the appellee.

MARBURY, C. J., delivered the opinion of the Court.